UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TOMMY FREDERICK ALLEN, et al.,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

Civil Action No. 26-2283 (JMC)

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Benjamin W. Owen as counsel for Defendant in this action.

Dated: October 7, 2026

Respectfully submitted,

*/s/ Benjamin W. Owen*

Benjamin W. Owen
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
202-252-0899
Benjamin.Owen@usdoj.gov

*Attorney for the United States of America*