UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOMMY FREDERICK ALLAN, et al.,<br>Plaintiffs,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | Civil Action No. 26-2283 (JMC) |

**CONSENT MOTION FOR EXTENSION OF TIME**
**TO RESPOND TO THE COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant the United States, by and through undersigned counsel, respectfully moves for a sixty-day extension, from October 9, 2026 to and including December 8, 2026, of the deadline to file a response to Plaintiffs' complaint, ECF No. 1.

1. On June 26, 2026, Plaintiffs filed this Federal Tort Claims Act complaint. *See generally* Compl., ECF No. 1.

2. On August 10, 2026, Plaintiffs served the U.S. Attorney's Office, which the Clerk entered onto the docket on August 27, 2026, noting that Defendant's answer was due on October 9, 2026. ECF No. 6.

3. On October 6, 2026, undersigned counsel contacted Plaintiffs about an extension to respond to the Complaint. After some conferral, Plaintiffs, by email on October 8, 2026, consented to a sixty-day extension.

4. Good cause exists for this extension because Defendant requires additional time to coordinate with the agencies named in the complaint, including the U.S. Capitol Police, the Department of Justice and the Federal Bureau of Investigation, and also the Washington D.C.

Metropolitan Police. Undersigned counsel has been working diligently on Defendant's response but the breadth and scope of this and other similar matters brought by other plaintiffs requires an additional period of time to prepare Defendant's response and allow sufficient time for review by relevant agencies as well as pursuant to Department of Justice procedures. The requested extension also takes into account other deadlines in the undersigned's schedule during the requested extension period.

5. Undersigned counsel apologizes for not filing this request further in advance of the deadline. Undersigned counsel experienced a great personal loss on October 6, 2026, initiated the conferral for this motion at that time, and filed this motion promptly after obtaining Plaintiffs' position on the requested extension. Undersigned counsel deeply appreciates opposing counsel's and the Court's understanding as he continues to handle this personal matter. Undersigned counsel will work diligently to respond to the complaint within the time proposed by this extension request.

6. Granting this motion will not significantly impact the progress of this case. This motion is being filed in good faith and not for purposes of gaining any unfair advantage through delay.

7. This is Defendants' first request to extend the deadline to respond to Plaintiffs' complaint.

8. Pursuant to Local Civil Rule 7(m), the undersigned contacted Plaintiffs, through counsel, and Plaintiffs consent to the relief requested in this motion.

Defendant respectfully requests the Court extend the deadline for Defendant to respond to the complaint by sixty days to and including December 8, 2026. A proposed order is submitted herewith.

Dated: October 8, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Benjamin W. Owen*
BENJAMIN W. OWEN
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
202-252-0899
Benjamin.Owen@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOMMY FREDERICK ALLAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Civil Action No. 26-2283 (JMC) |

**[PROPOSED] ORDER**

Upon consideration of Defendant's Consent Motion for an Extension of Time to Respond to the Complaint, and for good cause shown, it is hereby

ORDERED that the motion is GRANTED. It is further

ORDERED that Defendants shall file a response to Plaintiffs' complaint on or before December 8, 2026.

SO ORDERED:

________________________
Dated

______________________________
JIA M. COBB
United States District Judge